JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICHARD NEUMAN, | Case No. EDCV11-00327-DOC (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| ALAN M. CROGAN, CHIEF PROBATION OFFICER, COUNTY OF RIVERSIDE, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: <u>October 8, 2012</u>

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1